

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00459-CR

Willie Smith **WARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 19th Judicial District Court, McLennan County, Texas
Trial Court No. 2011-2338-C1
Honorable Ralph T. Strother, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 9, 2014.

_____
Marialyn Barnard, Justice